## THE HESPEROS.

### SOELBERG v. JASON NAVIGATION CORPORATION et al.

(Circuit Court of Appeals, Fourth Circuit. February 1, 1921.)

No. 1849.

Collision ⟜69—Steamship in fault for collision, though dragging anchor.

A decree finding a steamship in fault for a collision caused by dragging her anchor during a high wind and drifting against another anchored vessel *held* supported by the evidence.

Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk; Edmund Waddill, Jr., Judge.

Suit in admiralty for collision by the Jason Navigation Corporation against the steamship Hesperos; Albert Soelberg, master and claimant. Decree for libelant, and claimant appeals. Affirmed.

For opinion below, see 257 Fed. 438.

Leon T. Seawell, of Norfolk, Va. (R. M. Hughes, Jr., and Hughes, Little & Seawell, all of Norfolk, Va., on the brief), for appellant.

Braden Vandeventer, of Norfolk, Va. (Hughes, Vandeventer & Eggleston, of Norfolk, Va., on the brief), for appellee Jason Navigation Corporation.

Francis S. Laws, of Philadelphia, Pa. (Lewis, Adler & Laws, of Philadelphia, Pa., and John W. Oast, Jr., and Oast, Kelsey & Jett, all of Norfolk, Va., on the brief), for appellee Alexander Sprunt & Son.

Before KNAPP and WOODS, Circuit Judges, and BOYD, District Judge.

PER CURIAM. On June 8, 1918, the American steamship Jason, loaded with cotton and spelter, anchored in the James river about a quarter of a mile or more off and slightly above the Warwick Machine Company's pier at Newport News, Va. Three days later the Norwegian steamship Hesperos, light, anchored to the westward of and some three ships' lengths ahead of the Jason. Both vessels were brought in and placed by licensed pilots. On June 12th a southwest wind arose, which gradually increased. At 2 p. m. it blew 28 miles an hour. Later in the afternoon it diminished somewhat, but about 9:30 in the evening developed into a severe squall, attaining for a few minutes a velocity of 60 miles an hour, and for about a minute a velocity of 68 miles. Blown by this gale, the Hesperos dragged anchor and crashed into the port side of the Jason, to the great damage of the latter and its cargo, for the recovery of which the owners brought suit. From a decree in their favor the Hesperos appeals.

It was virtually admitted at the trial, and there is no proof to the contrary, that the Jason was not at fault. This being so, responsibility rests on the Hesperos, unless the collision was the result of inevitable accident, which is the defense set up. The case, therefore, turns on a question of fact which the court below has decided against the ap-

pellant. We are satisfied, after careful examination of the record, that the learned District Judge reached the right conclusion, and find no occasion to enlarge upon what he has said. The decree is accordingly affirmed on his opinion.

· Affirmed.